UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S|USAN F|RITZ, )
    Plaintiff, )
) No. 1:17-cv-128
-v- )
) HONORABLE PAUL L. MALONEY
S|TATE OF M|ICHIGAN, )
    Defendant. )
_____)

## **JUDGMENT**

In accordance with the order entered on this date (ECF No. 36), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 5, 2017          /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge